AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| Brandi Oberry | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Prime Recovery LLC, and Anthony LaGambina | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  CV523-021

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anthony LaGambina
4589 RIDEGEVIEW DR S.
NORTH TONAWANDA, NY 14120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shireen Hormozdi Bowman
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175, Norcross, GA 30093
Tel: 678-395-7795
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  _____3/24/2023_____          _____
Signature of Clerk or Deputy Clerk

United States District Court
Southern District of Georgia
Waycross Division

**AGRUSS LAW FIRM, LLC**
4809 N Ravenswood Ave, Suite 419,
Chicago,, IL 60640

**BRANDI OBERRY**

Plaintiff(s)

- against -

**PRIME RECOVERY LLC, AND ANTHONY LAGAMBINA**

Defendant(s)

**AFFIDAVIT OF SERVICE**
CORP/BUSINESS ENTITY

Index #: CV523-021

STATE OF NEW YORK

COUNTY OF ERIE

)
) ss:
)

Our Job #: 7062050



**Anthony Crowley**, being duly sworn, deposes and says: I am over the age of 18 years, not a party to this action, and reside in the State of New York.

On **Wednesday, March 29, 2023** at **5:05 PM** at **4589 RIDGEVIEW DR S., NORTH TONAWANDA, NY 14120**

I served a true copy of the within **SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT**, bearing Index # **CV523-021**

On **ANTHONY LAGAMBINA** in the following manner:

By personally delivering a true copy of the above described documents to **Anthony Laganbina** personally, deponent knew said corporation/business entity served to be the corporation/business entity described therein, and knew said individual to be the thereof and authorized to accept the service of process.

**Approximate Description of Person The Documents Were Left With:**
Sex: **Male**, Skin/Race: **Light**, Hair Color: **Brown**, Age: **45-50**, Height: **5ft 8in**, Weight: **200**

**Additional Details:** Tried to refuse service in hand. server announced and served.

**Military Status**: I asked the person served if Defendant(s) was in the military service whatsoever and the person served refused to answer.

Sworn to and subscribed before me on
03/29/2023

_____
Jacqueline L. Balikowski
Commissioner of Deeds
City of Buffalo, State of New York
My Commission Expires 12/31/24

**Anthony Crowley**
Process Server

**WNY Process Service, LLC**
*Main Office*
4300 Seneca St.
Suite 1035
Buffalo, NY 14224
Service@WNYProcess.com